IN THE UNITED STATES DISTRICT COURT
For The
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>v.<br><br>JAZIAH M. GONZALEZ,<br><br>      Defendant. | Case No. 1:22-mj-00011-SAB<br><br>**DEFENDANT'S AMENDED STATUS REPORT ON UNSUPERVISED PROBATION** |
|---|---|

  PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

  **Convicted of:**  36 C.F.R. § 4.14(b), open container of alcoholic beverage, and 36 C.F.R. § 2.14(a)(1), improper disposal of refuse

  **Sentence Date:**  October 20, 2022

  **Review Hearing Date:** September 28, 2023 (continued from August 17, 2023)

  **Probation Expires On:** October 20, 2023

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $510.00, which Total Amount is made up of a Fine: $500.00; Special Assessment: $0; Processing Fee: $10; Restitution: $0.

☒ Payment schedule of $51.00 per month by the 15th of each month.

☐ **Community Service hours Imposed of:**

☐ **Other Conditions:** Participate and compete a weekly Alcohol Program commencing 11/07/2022 for 10 weeks, 1 time per week, for no less than 1 hour. Report to USMS office for processing.

### *COMPLIANCE:*

☒ Defendant has complied with and completed <u>all</u> conditions of probation described above.

  **<u>Otherwise:</u>**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

    If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐ To date, Defendant has paid a total of $ 510.00
  ☐ If not paid in full when was last time payment:  Date: Click here to enter a date.
                      Amount:

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☐ Compliance with Other Conditions of Probation: Defendant was processed by the USMS on October 20, 2022.

*GOVERNMENT POSITION:*

☐ The Government agrees to the above-described compliance.

☒ The Government disagrees with the following area(s) of compliance: The government does not find the defendant's proof of AA attendance to be sufficient.

Government Attorney: Chan Hee Chu

*DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☐ that the review hearing set for 9/28/2023 at 10:00 a.m.

☐ be continued to Click here to enter a date. at 10:00 a.m.; or

☐ be vacated.

☒ that Defendant be permitted to appear remotely for the review hearing. Mr. Gonzalez began a new job in New Jersey on September 11.

DATED: 9/19/2023           /s/ Laura Myers
                           DEFENDANT'S COUNSEL

DATED: 9/19/2023           /s/ Chan Hee Chu
                           GOVERNMENT COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Court orders that Defendant may appear remotely via video for the probation review hearing set for September 28, 2023, in Courtroom 9.

☐ DENIED.

IT IS SO ORDERED.

Dated: **September 19, 2023**

UNITED STATES MAGISTRATE JUDGE

CAED (Fresno)- Misd. 6 (Rev. 11/2014)