# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAZIAH M GONZALEZ,<br><br>　　　　　Defendant. | Case No. 1:22-mj-00011-SAB-1<br><br>ORDER VACATING OCTOBER 19, 2023 PROBATION REVIEW HEARING<br><br>(ECF Nos. 24, 25) |

　　　　On September 28, 2023, the Court held a probation review hearing in this matter. (ECF No. 24.) The hearing was continued to October 5, 2023, to allow for defense counsel to obtain information regarding participation in Alcoholics Anonymous. On October 5, 2023, the Court held the continued hearing. Defense counsel informed the Court they were unable to obtain the information regarding Alcoholics Anonymous. The Court ordered Defendant to provide a declaration on or before October 6, 2023, and continued the hearing to October 19, 2023. On October 6, 2023, the Court received the declaration of attendance at Alcoholics Anonymous.

　　　　Accordingly, IT IS HEREBY ORDERED that the probation review hearing set for October 19, 2023, is VACATED.

IT IS SO ORDERED.

Dated: __October 10, 2023__

　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1